```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 OCT 28 2009

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: EDCR 00-00067-RT |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. ) | 18 U.S.C. 3143(a)] |
| ) | |
| THOMAS EDWARD DYOTT, ) | |
| ) | |
| Defendant. ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on his failure to proffer any evidence to meet his burden
2  on this issue;
3  and
4  B.  (X)  The defendant has not met his burden of establishing by
5  clear and convincing evidence that he is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c). This finding is
8  based on his failure to proffer any evidence to meet his burden
9  on this issue.
10 IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

DATED: October 28, 2009

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                2